## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 7** |
| | ) | |
| TONI J. GOODMAN, | ) | **Case No. 16-18791** |
| | ) | |
| Debtor. | ) | **Honorable Deborah L. Thorne** |

## CERTIFICATE OF SERVICE

Brian A. Audette, an attorney, certifies that on the 3rd day of October, 2017, he caused the *Notice of Trustee's Final Report and Application for Compensation and Deadline to Object (NFR)* to be filed electronically with the Court. Notice of this filing will be served by U.S. Mail, first-class postage prepaid, to the parties listed on the attached service list.

Dated: October 3, 2017                                              BRIAN A. AUDETTE, INTERIM TRUSTEE


By: */s/ Brian A. Audette*
         Chapter 7 Trustee


OF COUNSEL:
Brian A. Audette
**PERKINS COIE LLP**
131 S. Dearborn Street, Suite 1700
Chicago, Illinois  60603
Tel.:  (312) 324-8534
Fax:  (312) 324-9534

76488-0016/136942214.1

```
Label Matrix for local noticing          U.S. Bankruptcy Court                    ACC CONS FIN
0752-1                                    Eastern Division                         9191 TOWNE CENTRE STE 220
Case 16-18791                             219 S Dearborn                           SAN DIEGO, CA 92122-6299
Northern District of Illinois             7th Floor
Chicago                                   Chicago, IL 60604-1702
Thu Sep 14 10:49:49 CDT 2017

ALLY FINANCIAL                            American InfoSource LP as agent for      At&t Services, Inc
200 RENAISSANCE CTR                       T Mobile/T-Mobile USA Inc                One AT&T Way, Room 3A218
DETROIT, MI 48243-1300                    PO Box 248848                            Bedminster, NJ 07921-2694
                                          Oklahoma City, OK  73124-8848


ComEd                                     Comcast                                  Duane Ehresman
3 Lincoln Center                          11621 E. Marginal Way # 5                c/o:  Thomas J Raleigh
Bankruptcy Section                        Bankruptcy Dept                          520 N Halsted #201
Oakbrook Terrace, IL 60181-4204           Seattle, WA 98168-1965                   Chicago, IL 60642-7566


FIRST PREMIER BANK                        FST PREMIER                              Great American Finance
601 S MINNESOTA AVE                       3820 N LOUISE AVE                        20 N Wacker Dr, Ste 2275
SIOUX FALLS, SD 57104-4868                SIOUX FALLS, SD 57107-0145               Chicago, IL 60606-1294


J R S I Inc                               (p)JEFFERSON CAPITAL SYSTEMS LLC         Law Offices of Thomas J. Raleigh
c/o: Steven J Fink  25 E WASHINGTON 1233  PO BOX 7999                              520 N. Halsted, Suite 201
Chicago, IL 60602-1876                    SAINT CLOUD MN 56302-7999                Chicago, IL 60642-7566


PEOPLES GAS                               (p)PRONTO FINANCE INC                    (p)T MOBILE
200 E Randolph St                         ATTN BANKRUPTCY DEPT                     C O AMERICAN INFOSOURCE LP
Chicago, IL 60601-6302                    1900 E GOLF RD STE L-140                 4515 N SANTA FE AVE
                                          SCHAUMBURG IL 60173-5831                 OKLAHOMA CITY OK 73118-7901


check N. Go                               Amy E Donahue                            Brian Audette
7755 Montgomery Road  # Suite 400         The Semrad Law Firm, LLC                 Perkins Coie LLP
Cincinnati, OH 45236-4197                 20 S Clark St, Suite 2800                131 S Dearborn Street, Suite 1700
                                          Chicago, IL 60603-1811                   Chicago, IL 60603-5559


Michael A Miller                          Patrick S Layng                          Toni J Goodman
The Semrad Law Firm, LLC                  Office of the U.S. Trustee, Region 11    10350 Milford St
20 S. Clark, 28th Floor                   219 S Dearborn St                        Westchester, IL 60154-3587
Chicago, IL 60603-1811                    Room 873
                                          Chicago, IL 60604-2027
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
JEFFERSON CAPITAL SYST                    PRNTO PRSTMS                             TMobile
16 MCLELAND RD                            1750 Todd Farm Dr                        P.O. Box 742596
SAINT CLOUD, MN 56303                     Elgin, IL 60123                          Cincinnati, OH 45274
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Law Office of Andrew S Kryder LLC        (u)Andrew S Kryder        End of Label Matrix
                                                                     Mailable recipients    23
                                                                     Bypassed recipients     2
                                                                     Total                  25