**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: GOODMAN, TONI J                                §   Case No. 16-18791
                                                      §
                                                      §
                                                      §
Debtor(s)                                             §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    Brian Audette, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $24,190.00                    Assets Exempt: $32,040.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $115.32        Claims Discharged
                                                Without Payment: $0.00

Total Expenses of Administration: $38.44

---

    3) Total gross receipts of $ 43,110.35 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 42,956.59 (see **Exhibit 2**), yielded net receipts of $153.76 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 38.44 | 38.44 | 38.44 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 115.32 | 115.32 | 115.32 |
| **TOTAL DISBURSEMENTS** | $0.00 | $153.76 | $153.76 | $153.76 |

4) This case was originally filed under Chapter 7 on June 07, 2016. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/04/2018          By: /s/Brian Audette
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Error with deposit | 1129-000 | 4,220.70 |
| Reversed Deposit 100002 1 | 1129-000 | -4,220.70 |
| Personal Injury for a car accident | 1129-000 | 43,110.35 |
| **TOTAL GROSS RECEIPTS** | | **$43,110.35** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Toni J. Goodman | Payment per 12.20.16 court order | 8100-002 | 15,000.00 |
| Law Office of Andrew S. Kryder | Payment per 12.20.16 court order | 8500-002 | 10,475.25 |
| Dr. Aleksandr Goldvecht, M.D. | Payment per 12.20.16 court order | 8500-002 | 2,110.37 |
| American Diagnostic MRI | Payment per 12.20.16 court order | 8500-002 | 1,700.00 |
| Advanced Physical Medicine | Payment per 12.20.16 court order | 8500-002 | 7,199.04 |
| Paramount Medical Billing | Payment per 12.20.16 court order | 8500-002 | 735.00 |
| State Farm Insurance | Payment per 12.20.16 court order | 8500-002 | 2,637.35 |
| GOODMAN, TONI J | Dividend paid 100.00% on $3,099.58; Claim# SURPLUS; Filed: $3,099.58; Reference: | 8200-002 | 3,099.58 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$42,956.59** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Brian Audette, Chapter 7 Trustee | 2100-000 | N/A | 38.44 | 38.44 | 38.44 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $38.44 | $38.44 | $38.44 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-000 | N/A | 114.38 | 114.38 | 114.38 |
| 1I | American InfoSource LP as agent for | 7990-000 | N/A | 0.94 | 0.94 | 0.94 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $115.32 | $115.32 | $115.32 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 16-18791  
**Case Name:** GOODMAN, TONI J  

**Period Ending:** 01/04/18

**Trustee:** (330232) Brian Audette, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 06/07/16 (f)  
**§341(a) Meeting Date:** 06/28/16  
**Claims Bar Date:** 01/27/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash<br>Imported from Amended Doc#: 25 | 5.00 | 0.00 | | 0.00 | FA |
| 2 | Deposits of money: Chase Checking Account<br>Imported from Amended Doc#: 25 | 80.00 | 0.00 | | 0.00 | FA |
| 3 | Deposits of money: MB Financial Joint Account wi<br>Imported from Amended Doc#: 25 | 30.00 | 0.00 | | 0.00 | FA |
| 4 | Security dep. and prepayments: Security Deposit<br>Imported from Amended Doc#: 25 | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Used Furniture<br>Imported from Amended Doc#: 25 | 350.00 | 0.00 | | 0.00 | FA |
| 6 | (1) Tablet (1) Cellphone<br>Imported from Amended Doc#: 25 | 250.00 | 0.00 | | 0.00 | FA |
| 7 | Used Clothes<br>Imported from Amended Doc#: 25 | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Used Jewelry<br>Imported from Amended Doc#: 25 | 150.00 | 0.00 | | 0.00 | FA |
| 9 | Int. in Ins. policies: Life Insurance-VLife<br>Imported from Amended Doc#: 25 | 50.00 | 0.00 | | 0.00 | FA |
| 10 | Int. in Ins. policies: Global Life Insurance for<br>Imported from Amended Doc#: 25 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Ret. or Pension Acct.: 401K<br>Imported from Amended Doc#: 25 | 125.00 | 0.00 | | 0.00 | FA |
| 12 | Child Support for two kids: Alimony<br>Imported from Amended Doc#: 25 | 15,000.00 | 0.00 | | 0.00 | FA |
| 13 | VOID - Amended by Asset 14<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Personal Injury for a car accident<br>Imported from Amended Doc#: 25 | 41,000.00 | 26,000.00 | | 43,110.35 | FA |
| 15 | ACURA TL SEDAN 2004 135000 CURRENT<br>VEHICLE. Enti  (u)<br>Imported from Amended Doc#: 25 | 7,150.00 | 0.00 | | 0.00 | FA |
| 15 | **Assets   Totals** (Excluding unknown values) | **$65,190.00** | **$26,000.00** | | **$43,110.35** | **$0.00** |

Printed: 01/04/2018 02:09 PM    V.13.30

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 16-18791　　　　　　　　　　　　　　　**Trustee:**　(330232)　Brian Audette, Chapter 7 Trustee
**Case Name:**　GOODMAN, TONI J　　　　　　　　　　　**Filed (f) or Converted (c):**　06/07/16 (f)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**§341(a) Meeting Date:**　06/28/16
**Period Ending:** 01/04/18　　　　　　　　　　　　　　**Claims Bar Date:**　01/27/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**　December 31, 2017　　　**Current Projected Date Of Final Report (TFR):**　December 31, 2017

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 16-18791  
**Case Name:** GOODMAN, TONI J  
**Taxpayer ID #:** **-***0703  
**Period Ending:** 01/04/18  

**Trustee:** Brian Audette, Chapter 7 Trustee (330232)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0066 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/19/17 | | GOODMAN, TONI J | Error with deposit | 1129-000 | 2,110.35 | | 2,110.35 |
| 01/19/17 | | The Law Office of Andrew S. Kryder, LLC | Error with deposit | 1129-000 | 2,110.35 | | 4,220.70 |
| 01/19/17 | {14} | The Law Office of Andrew S. Kryder, LLC | Payment per 12.20.16 court order | 1129-000 | 41,000.00 | | 45,220.70 |
| 01/19/17 | {14} | The Law Office of Andrew S. Kryder, LLC | Medical payment benefits | 1129-000 | 2,110.35 | | 47,331.05 |
| 01/19/17 | | The Law Office of Andrew S. Kryder, LLC | Reversed Deposit 100002 1 | 1129-000 | -2,110.35 | | 45,220.70 |
| 01/19/17 | | The Law Office of Andrew S. Kryder, LLC | Reversed Deposit 100002 1 | 1129-000 | -2,110.35 | | 43,110.35 |
| 01/31/17 | 101 | Toni J. Goodman | Payment per 12.20.16 court order | 8100-002 | | 15,000.00 | 28,110.35 |
| 02/08/17 | 102 | Law Office of Andrew S. Kryder | Payment per 12.20.16 court order | 8500-002 | | 10,475.25 | 17,635.10 |
| 02/08/17 | 103 | Dr. Aleksandr Goldvecht, M.D. | Payment per 12.20.16 court order | 8500-002 | | 2,110.37 | 15,524.73 |
| 02/08/17 | 104 | American Diagnostic MRI | Payment per 12.20.16 court order | 8500-002 | | 1,700.00 | 13,824.73 |
| 02/08/17 | 105 | Advanced Physical Medicine | Payment per 12.20.16 court order | 8500-002 | | 7,199.04 | 6,625.69 |
| 02/08/17 | 106 | Paramount Medical Billing | Payment per 12.20.16 court order | 8500-002 | | 735.00 | 5,890.69 |
| 02/08/17 | 107 | State Farm Insurance | Payment per 12.20.16 court order | 8500-002 | | 2,637.35 | 3,253.34 |
| 11/02/17 | 108 | Brian Audette, Chapter 7 Trustee | Dividend paid 100.00% on $38.44, Trustee Compensation; Reference: | 2100-000 | | 38.44 | 3,214.90 |
| 11/02/17 | 109 | GOODMAN, TONI J | Dividend paid 100.00% on $3,099.58; Claim# SURPLUS; Filed: $3,099.58; Reference: | 8200-002 | | 3,099.58 | 115.32 |
| 11/02/17 | 110 | American InfoSource LP as agent for | Combined Check for Claims#1,1I | | | 115.32 | 0.00 |
| | | | Dividend paid 100.00%   114.38<br>on $114.38;  Claim# 1;<br>Filed: $114.38 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00%   0.94<br>on $0.94;  Claim# 1I;<br>Filed: $0.94 | 7990-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 43,110.35 | 43,110.35 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 43,110.35 | 43,110.35 | |
| | | | Less: Payments to Debtors | | | 18,099.58 | |
| | | | **NET Receipts / Disbursements** | | **$43,110.35** | **$25,010.77** | |

{} Asset reference(s)

Printed: 01/04/2018 02:09 PM   V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 16-18791
**Case Name:** GOODMAN, TONI J

**Taxpayer ID #:** **-***0703
**Period Ending:** 01/04/18

**Trustee:** Brian Audette, Chapter 7 Trustee (330232)
**Bank Name:** Rabobank, N.A.
**Account:** ******0066 - Checking Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******0066 | 43,110.35 | 25,010.77 | 0.00 |
| | $43,110.35 | $25,010.77 | $0.00 |

{} Asset reference(s)

Printed: 01/04/2018 02:09 PM    V.13.30